UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MITCHELL | CIVIL ACTION |
| VERSUS | NO: 11-2675 |
| MORRISON ENERGY GROUP, LLC ET AL | SECTION: "J"(5) |

**ORDER**

Before the Court are Defendant Morrison Energy Group, LLC ("Morrison")'s Motion to Dismiss for Lack of Jurisdiction (Rec. Doc. 18), and Plaintiff's response to same (Rec. Doc. 28). Morrison submits evidence that complete diversity of citizenship is lacking, and it argues that there is no other basis for subject matter jurisdiction. Plaintiff recognizes that subject matter jurisdiction is lacking and states that he does not oppose the motion.[1] Accordingly, because the motion is unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that Defendant Morrison's Motion to Dismiss for Lack of Jurisdiction (Rec. Doc. 28) is **GRANTED** and that all claims in this lawsuit are dismissed without prejudice.

New Orleans, Louisiana, this 4th day of June, 2012.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

---

[1] In his response, Plaintiff states that after he files his lawsuit in state court, he will move the Court to dismiss the instant lawsuit. However, because Plaintiff does not oppose the motion to dismiss, and because it appears to have merit, it should be granted.