UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MITCHELL**                                              **CIVIL ACTION**

**VERSUS**                                                **NO.  11-2675**

**MORRISON ENERGY GROUP,**                                **SECTION "J"(5)**
**LLC ET AL**

### JUDGMENT

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendants, Morrison Energy Group, LLC and Abandonment Consulting Services, LLC, and against plaintiff, Toney Mitchell, dismissing plaintiff's complaint without prejudice.

New Orleans, Louisiana, this 6th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE